IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL J. SULLIVAN, | ) | 1:11cv01833 DLB |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | EXTENSION OF TIME |
| | ) | |
| | ) | (Document 14) |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On June 25, 2012, the parties filed a stipulation and proposed order to allow Plaintiff an extension of time to file an opening brief.  The parties' request is GRANTED.  Plaintiff's opening brief shall be filed on or before July 2, 2012.


IT IS SO ORDERED.

**Dated:   June 27, 2012**                    _____/s/ **Dennis L. Beck**_____
                                                                          UNITED STATES MAGISTRATE JUDGE

1